IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARRIE A. MITCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:04-CV-00801-DRB |
| v. ) | [wo] |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER ON MOTION

On December 28, 2005, this court entered a *Final Judgment* remanding this case to the Commissioner of Social Security for further proceedings pursuant to *sentence four* of 42 U.S.C. §405(g). (Docs. 16 and 17). Submitted now is the uncontested[1] *Plaintiff's Motion for Attorney's Fees* filed on March 28, 2006 with a supporting brief and a declaration of schedule of hours (Docs. 18-20).

Pursuant to the Equal Access to Justice Act, 28 U.S.C.§2412, Plaintiff seeks a total award of *$3,410.40* for attorney's fees to counsel of record, Georgia H. Ludlum, at an hourly rate of $147.00.[2] The court finds that Plaintiff's motion is timely filed and that she is a "prevailing party" within the meaning of 28 U.S.C. §2412(d)(1)(A), in that pursuant to the *Order* and *Judgment* filed December 28, 2005 the court remanded this case for further consideration pursuant to *sentence four*

---

[1] The Commissioner "does not contest the award of fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412, in the total amount of $3,410.40". *(Defendant's Response* , Doc. 22, filed April 6, 2006).

[2] Plaintiff's fee itemization reflects a total of 23.2 hours of services rendered between August 23, 2004 and March 28, 2006.

of 42 U.S.C. §405(g). Plaintiff has documented increases in the consumer price index which authorize an increase from the $125 hourly fee specified in the EAJA to the requested hourly rate as an adjustment for inflation. Plaintiff's requested hourly rate is reasonable as are the hours expended for legal representation.

Accordingly, it is the **ORDER, JUDGMENT, and DECREE** of this court that the *Plaintiff's Motion for Attorney's Fees* (Doc. 18) is **GRANTED** in the total amount of *$3,410.40*, payable to Plaintiff's counsel, the law offices of Georgia H. Ludlum.

DONE this 12th day of April, 2006.

                                              **/s/ Delores R. Boyd**
                                              DELORES R. BOYD
                                              UNITED STATES MAGISTRATE JUDGE